# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1311 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Daniel Gonzalez ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Rocio Carbajal-Lazaro

DATED: 5/8/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk